CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 2 6 2005

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | | |
|---|---|---|
| COMMONWEALTH ASSET SERVICES, INC., *et al.*, | ) ) ) ) | Civil Action No. 7:05CV00256 |
| Plaintiffs, | ) ) | |
| v. | ) ) | FINAL ORDER |
| COUNTY OF ROANOKE, VIRGINIA, *et al.*, | ) ) ) ) | |
| | ) | By: James C. Turk |
| Defendants. | ) | Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it hereby is

**ORDERED**

as follows:

    1. Plaintiff's Motion for Summary Judgment (Dkt. No. 21) hereby is **DENIED**.

    2. The Government's Motion for Summary Judgment (Dkt. No. 16) hereby is **GRANTED**, the effect of which vests title of the property located at 5341 Fox Ridge Road, Roanoke, Virginia in the United States of America upon payment by the Internal Revenue Service to Wilshire Credit Corporation in the amount of $360,473.15, which represents the amount Wilshire Credit Corporation paid for the property at the foreclosure sale, plus interest at six percent annum from the date of the sale to March 28, 2005, the date the first check was tendered to Wilshire Credit Corporation.

3. This case hereby is **STRICKEN** from the active docket of the Court.

The Clerk is directed to send certified copies of this Order to all counsel of record.

ENTER: This 26th day of July, 2005.

_____
Senior United States District Judge